# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SANDERA M. COCHRAN,**
Appellant,

v.

**REGINA MARIE TERRERO,**
Appellee.

No. 4D20-1648

[January 28, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dale C. Cohen, Judge; L.T. Case No. FMCE19-014034.

Sandera M. Cochran, Fort Lauderdale, pro se appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***